# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

### Report on Offender Under Supervision

| | |
|---|---|
| **Name of Offender** | **Docket Number** |
| Scott Thomas Hatanaka | 0971 4:15CR00180-001 JSW |

**Name of Sentencing Judge:**   The Honorable Jeffrey S. White
United States District Judge

**Date of Original Sentence:**   November 10, 2015

**Original Offense**
Count 10: Wire Fraud and Aiding and Abetting, 18 U.S.C. § 1343 and 18 U.S.C. § 2, a Class C Felony; Count 20: Income Tax Evasion, 26 U.S.C. § 7201, a Class D Felony.

**Original Sentence:** 12 months custody in the Bureau of Prisons (BOP) followed by three years supervised release, all counts to run concurrently.

**Special Conditions:** $200 special assessment; $507,956.57 restitution (paid at a rate of $100 or at least 10% of earnings); participate in a mental health treatment program; not maintain a position of fiduciary capacity; comply and cooperate with the IRS; not open any new lines of credit and/or incur new debt; access to any financial information; expanded search; collection of DNA; and not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.

**Prior Form(s) 12:** On February 13, 2018, Your Honor took judicial notice of the client's delinquent payments from November 1, 2017 through February 5, 2018.

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | January 5, 2017 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Wade M. Rhyne | Hugh A. Levine (Retained) |
| | John F. Prentice III (Retained) |

### Petitioning the Court to Take Judicial Notice

### Cause

According to the Offender Payment Enhanced Report Access (OPERA), the client's outstanding restitution balance as of November 20, 2019, is $493,195.32 as $14,761.25 has been collected. Mr. Hatanaka has satisfied the $200 special assessment in full, as of November 10, 2015. During the

**RE:**   Hatanaka, Scott Thomas                                                                                                              2
             0971 4:15CR00180-001 JSW

course of supervision, the client had trouble on at least one occasion submitting monthly payments at a rate of $100 or at least 10% or earnings toward the restitution balance but is now in compliance.

## Action Taken and Reason

Throughout the client's term of supervised release, he's maintained a stable residence in Pittsburgh, California, but has been unemployed since July 1, 2019. Prior to unemployment, Mr. Hatanaka was employed with HR Options in Concord, California for approximately six months. Mr. Hatanaka currently receives $662/month in Disability Insurance/Employee Benefits. To Mr. Hatanaka's credit, he returned to compliance, except for his outstanding restitution balance.

His economic circumstances have been monitored throughout the period of supervision for changes that might affect his ability to pay, and intermittent computer asset searches utilizing commercial databases have not revealed unreported assets. Mr. Hatanaka's monthly restitution appears commensurate with his ability to pay.

The U.S. Probation Office recommends the client's supervision terminate on January 4, 2020 as scheduled. The client understands he must continue making payments through the U.S. Attorney's Office Financial Litigation Unit, after the expiration of his term of supervision.

Pursuant to 18 U.S.C. § 3613 (b) and (f), the liability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the client until January 5, 2037. It is recommended the client be allowed to terminate from supervision with an outstanding restitution balance.

Respectfully submitted,                                              Reviewed by:

_____                      _____
Leon T. Dang                                                                  Sonia Lapizco
U.S. Probation Officer                                                   Supervisory U.S. Probation Officer
Date Signed: November 21, 2019

**RE:** Hatanaka, Scott Thomas  3
0971 4:15CR00180-001 JSW

THE COURT ORDERS:

- ☑ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for a warrant
- ☐ Submit a request for summons
- ☐ Other:

_____   _____
Date: 11-22-19   Jeffrey S. White
United States District Judge